**Order entered October 20, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00633-CV

**WASH TECHNOLOGIES OF AMERICA CORPORATION AND JON K. BANGASH, Appellants**

**V.**

**JOHN T. PAPPAS AND WASHBIZ, INC., Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-16090**

## ORDER

The reporter's record in this case is overdue. By order dated August 30, 2016 we granted the court reporter's request for an extension of time to file the reporter's record and ordered the record filed by September 29, 2016. To date, the reporter's record has not been filed.

Accordingly, we **ORDER** Court Reporter Stephanie S. Moses to file the reporter's record within **FIFTEEN DAYS** of the date of this order. We expressly **CAUTION** Ms. Moses that failure to comply with this order may result in an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to:

Honorable Carl Ginsberg
Presiding Judge
193rd Judicial District Court


Stephanie S. Moses
Official Court Reporter
193rd Judicial District Court

All parties



/s/     CAROLYN WRIGHT
CHIEF JUSTICE